Decided May 22, 2007

## STATE OF CONNECTICUT *v.* JOSEPH SMITH

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 313 (AC 27136), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, in support of the petition.

*Sarah Hanna*, deputy assistant state's attorney, in opposition.

Decided May 22, 2007

## JOSE CALDERON *v.* COMMISSIONER OF CORRECTION

The petitioner Jose Calderon's petition for certification for appeal from the Appellate Court, 100 Conn. App. 903 (AC 27241), is denied.

*John C. Drapp III*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided May 22, 2007